# In the United States Court of Federal Claims

No. 05-1192 C

(Filed May 11, 2006)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * | |
| MICHAEL J. DONAHUE, | * |
| | * |
| *Plaintiff*, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant*. | * |
| * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

On May 1, 2006, plaintiff filed a Motion for Enlargement of Time of up to and including May 15, 2006, within which to file a motion for summary judgment herein. Previously, on March 7, 2006, the court ordered defendant to respond to plaintiff's proposed settlement agreement on or before March 30, 2006; and, absent the approval of the settlement agreement, plaintiff was allowed to file a dispositive motion on or before May 1, 2006.

Plaintiff's pending motion reports that the parties are continuously engaged in negotiating the settlement agreement and that defendant has represented to plaintiff's counsel that assuming that a settlement can be reached on minor differences due in back pay, the proposed settlement agreement will be *submitted* for approval by May 15, 2006. In the first paragraph of plaintiff's motion, plaintiff requests an enlargement of time from May 1, 2006 up to and including May 15, 2006 to file his motion for summary judgment. However, in the last paragraph of plaintiff's motion, plaintiff seeks an enlargement of time of up to and including May 21, 2006, which is a Sunday, to file his dispositive motion in this case.

Based on the parties' representation concerning the settlement agreement and, in an effort to minimize the parties' time dealing with procedural deadlines,

the court has determined that it is inappropriate to continuously enlarge plaintiff's dispositive motion deadline. Since, if agreed upon, the settlement agreement will be submitted for approval by May 15, 2006, the court prefers the parties use this time to diligently work on finalizing the agreement. Therefore, the court shall suspend the dispositive motion deadline at this time and the parties shall file a Joint Status Report on or before May 22, 2006 informing the court of settlement progress.

Accordingly, it is hereby **ORDERED** that:

(1) Plaintiff's deadline to file a dispositive motion is **SUSPENDED**;

(2) Plaintiff's motion for Enlargement of Time, filed May 1, 2006, is **DENIED**, as moot; and

(3) The parties shall **FILE** a **Joint Status Report**, on or before **Monday, May 22, 2006**, informing the court of the status of settlement negotiations.

.

s/Lynn J. Bush
LYNN J. BUSH
Judge