IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MICHAEL J. DONAHUE, Plaintiff, | ) | |
| v. | ) | Case No. 05-1192C (Judge Lynn J. Bush) |
| UNITED STATES OF AMERICA, Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the court's Order of May 11, 2006, plaintiffs and defendant respectfully submit the following joint status report concerning the status of settlement negotiations in this case.

Counsel for the parties have reached a tentative agreement concerning a partial settlement of this case and several other cases before this Court involving claims similar to those involved in this case. As in the case of various previous partial settlements, the issue of compensation for driving a Government vehicle between home and work has been reserved for further litigation. Counsel for the parties have recently agreed to certain revisions to the proposed settlement based upon the fact that, unlike the plaintiffs in various related cases, the plaintiffs affected by the proposed settlement are not General Schedule employees. Rather, they are paid according to the pay band system adopted by the Bureau of Alcohol, Tobacco and Firearms under the Treasury Demonstration Project.

Government counsel expects to submit a recommendation concerning approval of the proposed settlement by the Department of Justice within the next few days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/Jules Bernstein**
JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiffs

**s/David M. Cohen**
DAVID M. COHEN
Director

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530

Tel: (202) 305-7561
Fax: (202) 305-7643

Attorneys for Defendant

Dated: May 22, 2006

**Filed Electronically**
**with the consent of Attorneys for Plaintiff**