# In the United States Court of Federal Claims

No. 05-1192 C

(Filed May 26, 2006)

* * * * * * * * * * * * * * * * * * * * * *
MICHAEL J. DONAHUE, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On May 22, 2006, pursuant to the court's order of May 11, 2006, the parties filed a Joint Status Report. The parties report that they have reached a tentative agreement concerning a partial settlement of this case and several other cases before the court involving claims similar to those involved in this case. In accordance with other previous partial settlements, the parties state that the issue of compensation for driving a government vehicle between home and work has been reserved for further litigation. Defendant's counsel states that it expects to submit a recommendation concerning approval of the proposed settlement by the Department of Justice within the next few days.

Accordingly, it is hereby **ORDERED** that the parties shall **FILE** a **Joint Status Report**, on or before **June 22, 2006** and at every sixty-day interval, informing the court of the status of settlement negotiations.

s/Lynn J. Bush
LYNN J. BUSH
Judge